No. 810. Busó et al. v. Martínez.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación por no haberse presentado la transcripción de autos. Resuelto en febrero 19, 1912. Denegada la moción por haberse presentado la transcripción de autos con el consentimiento de la parte promovente. Abogado del promovente: *Sr. Manuel Tous Soto.* Abogado de la parte contraria: *Sr. Herminio Díaz Navarro.*

No. 814. Torres v. Cobián et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación por no haberse presentado la transcripción de autos. Resuelto en febrero 19, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la ley de marzo 9, 1911. Abogado de los promoventes: *Sr. José L. Pesquera.* Abogado de la parte contraria: *Sr. Eugenio Benítez Castaño.*

No. 414. El Pueblo v. González.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en febrero 23, 1912. Confirmada la sentencia apelada. La parte apelada no compareció. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 415. El Pueblo v. Rivera et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en febrero 23, 1912. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 416. El Pueblo v. Burgos.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción inter-